1

2

3

4

5

6

7

8                  IN THE UNITED STATES DISTRICT COURT

9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10   KEVIN STRACK,

11            Petitioner,                    No. CIV S-06-2202 GEB KJM P

12      vs.

13   ROSEANNE CAMPBELL, Warden, et al.,

14            Respondents.                   <u>ORDER</u>

15   _____/

16            Petitioner has requested the appointment of counsel.  There currently exists no

17   absolute right to appointment of counsel in habeas proceedings.  <u>See</u> <u>Nevius v. Sumner</u>, 105 F.3d

18   453, 460 (9th Cir. 1996).  However, 18 U.S.C. § 3006A authorizes the appointment of counsel at

19   any stage of the case "if the interests of justice so require."  <u>See</u> Rule 8(c), Fed. R. Governing

20   § 2254 Cases.  In the present case, the court does not find that the interests of justice would be

21   served by the appointment of counsel at the present time.

22            Accordingly, IT IS HEREBY ORDERED that petitioner's July 11, 2007 motion

23   for appointment of counsel is denied without prejudice to a renewal of the motion at a later stage

24   of the proceedings.

25   DATED:  July 26, 2007.

26
     /ke                                     _____
     stra2202.110                            U.S. MAGISTRATE JUDGE