IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN STRACK, | 2:06-CV-02202-NRS |
| Petitioner, | |
| | ORDER |
| v. | |
| ROSANNE CAMPBELL, | |
| Respondent. | |

Petitioner Strack is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Strack challenges the decision by the California Board of Parole Hearings (BPH) finding him unsuitable for parole. After Strack's petition, the Ninth Circuit Court of Appeals granted rehearing en banc in *Hayward v. Marshall*, 512 F.3d 536 (9th Cir. 2008), *reh'g en banc granted*, 527 F.3d 797 (9th Cir. 2008), which may directly impact Strack's petition.

Accordingly, IT IS HEREBY ORDERED that, within twenty days of the date of this order, the parties shall show cause why this action should not be administratively stayed pending the Ninth Circuit's resolution in *Hayward*.

DATED: **February 26, 2009**

*[signature: N. Randy Smith]*

---

Honorable N. Randy Smith
Ninth Circuit Court of Appeals Judge